UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID KURZ and RAYMOND HEINZL,
on behalf of themselves and all others
similarly situated,

       Plaintiffs,

       v.

FIDELITY MANAGEMENT &
RESEARCH COMPANY and FMR CO.,
INC.,

       Defendants.

Case No. 07-cv-709-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: June 10, 2008**　　　　　　　　　　　**NORBERT JAWORSKI, CLERK**

　　　　　　　　　　　　　　　　　　　　　　　　**s/Brenda K. Lowe, Deputy Clerk**

**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**